1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASILIS SAKELLARIDIS,<br><br>                    Petitioner,<br><br>          v.<br><br>DAVE DAVEY,<br><br>                    Respondent. | 1:14-cv-01527-LJO-GSA-HC<br><br>ORDER DENYING PETITIONER'S<br>MOTION TO EXPEDITE RULING<br>(ECF No. 24) |

          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On July 13, 2015, Petitioner filed a motion requesting the Court expedite its order adopting the Findings and Recommendation.  (ECF No. 24).  On July 16, 2015, the District Judge entered an order adopting the findings and recommendation.  (ECF No. 25).  Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to expedite ruling is DENIED as moot.

IT IS SO ORDERED.

     Dated:   **July 19, 2015**             **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1