# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASILIS SAKELLARIDIS,<br><br>  Petitioner,<br><br>  v.<br><br>DAVE DAVEY,<br><br>  Respondent. | Case No. 1:14-cv-01527-LJO-GSA-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER<br><br>(ECF No. 28) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 18, 2015, Respondent filed a motion to extend the time to file his answer to the habeas petition. (ECF No. 28).

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Respondent is granted to and including October 2, 2015, to file his answer.

IT IS SO ORDERED.

  Dated:  **September 23, 2015**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1