# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASILIS SAKELLARIDIS,<br><br>Petitioner,<br><br>v.<br><br>DAVE DAVEY,<br><br>Respondent. | Case No. 1:14-cv-01527-LJO-EPG-HC<br><br>ORDER RE REQUEST FOR CONFIRMATION OF RECEIPT OF TRAVERSE<br><br>(ECF No. 40) |

Petitioner is a state prisoner proceeding *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 18, 2015, Petitioner filed a request for confirmation of receipt of traverse and a request for notice of case development and time extension if appropriate. (ECF No. 40). The Court notes that Petitioner's traverse was received and filed on October 22, 2015. (ECF No. 36). The Court will review the traverse in due course along with the other submissions in this case. There are no other pending deadlines at this time. The Court notes that it generally is unable to respond in writing to individual inquiries regarding the status of the case.

IT IS SO ORDERED.

Dated: __December 22, 2015__          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

1